```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/27/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RONNINGEN,

                        Plaintiff,

       -against-

LIVUNLTD LLC and PARK HYATT NEW YORK,

                        Defendants.

20 Civ. 2554 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On March 25, 2020, Plaintiff commenced this employment discrimination action against LIVun Ltd. ("LIV") and Park Hyatt New York. Compl. ¶¶ 1, 6–8, ECF No. 1. On May 26, 2020, LIV answered the complaint and noted that the complaint incorrectly refers to LIV as "LIVun LTD.," rather than "LIVunLtd LLC." Answer at 1 n.1, ECF No. 14. That same day, with LIV's consent, Plaintiff requested that the caption be amended to reflect LIV's correct name. ECF No. 15.

       Under Rule 15 of the Federal Rules of Civil Procedure, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Because LIV has consented to Plaintiff's request to amend the caption to reflect LIV's correct name, the request is GRANTED.

       Accordingly, the Clerk of Court is directed to amend the caption as styled above.

       SO ORDERED.

Dated: May 27, 2020
       New York, New York

                                                      ANALISA TORRES
                                                 United States District Judge